DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES JULIUS ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0874

_____

April 23, 2025

Appeal from the County Court for Hillsborough County; Jeffrey M. Rich, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

In this appeal filed pursuant to *Anders v. California,* 386 U.S. 738 (1967), James Julius Robinson challenges his judgment and sentence for driving while license suspended or revoked.  *See* § 322.34(2)(b)1, Fla. Stat. (2023).  We affirm without prejudice to any right Mr. Robinson may have to file a motion pursuant to Florida Rule of Criminal Procedure 3.850.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.